| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | EUMI L. CHOI (WVBN 0722)<br>Acting Chief, Criminal Division |
| 3 | |
| 4 | PHILIP J. KEARNEY (CSBN 114978)<br>RICHARD J. CUTLER (CSBN 146180)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone: (415) 436-6758 |
| 7 | |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00167 WHA (BZ) |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |
| v. | ) | |
| PARIS RAGLAND,<br>a/k/a "P-Diddy," | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on December 1, 2005, for continued initial appearance. The defendant, Paris Ragland, who was present, was represented by Robert Waggener, Esq., and the government was represented by Richard J. Cutler, Assistant United States Attorney. Defendant made his first appearance post-indictment in this District on November 23, 2005, before United States Magistrate Judge Edward M. Chen. The initial appearance had been continued from November 23, 2005, for arraignment, identification of counsel, and detention hearing. On December 1, 2005, the parties agreed and the Court made a finding on the record that the time between

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME - DEFENDANT PARIS RAGLAND**
**CR 05-00167 WHA**

Chambers Copy -- Do Not E-File

1  November 23, 2005, and December 1, 2005 should be excluded under the Speedy Trial
2  Act, 18 U.S.C. § 3161(h)(8)(B) for defendant to obtain counsel and because the ends of
3  justice served by taking such action outweighed the best interest of the public and the
4  defendant in a speedy trial. That finding was based on the defendant's need to obtain
5  counsel. On November 23, 2005, defendant appeared without permanent counsel as the
6  Federal Public Defender's Office had a conflict and could not be appointed to represent
7  defendant. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B).

8  The parties agree and stipulate that the time from November 23, 2005, and
9  December 1, 2005, is appropriate and necessary under Title 18, United States Code,
10 Section 3161(h)(8)(B), for defendant to obtain counsel and because the ends of justice
11 served by this continuance outweigh the best interest of the public and the defendant in a
12 speedy trial.

14 DATED: 12/1/05
   /S/
   ROBERT WAGGENER, ESQ.
   Counsel for DEFENDANT
   PARIS RAGLAND

17 DATED: 12/1/05
   /S/
   RICHARD J. CUTLER
   Assistant United States Attorney

20 SO ORDERED.

22 DATED: 5 Dec 05

   BERNARD ZIMMERMAN
   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME - DEFENDANT PARIS RAGLAND
CR 05-00167 WHA                          2