KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
RICHARD J. CUTLER (CSBN 146180)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6758

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>**PARIS RAGLAND,**<br>    a/k/a "P-Diddy,"<br><br>    Defendant. | Criminal No. CR 05-00167 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

     The above-captioned matter came before the Court on December 6, 2005, for status. The defendant, PARIS RAGLAND, who was  present and was represented by Robert Waggener, Esq., and the government was represented by Richard J. Cutler, Assistant United States Attorney. The case was then continued to join the co-defendants' case currently set for status on March 29, 2006, at 2:00 p.m. The Court made a finding on the record that the time between December 6, 2005, and March 29, 2006 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(B)(8) and Federal Rule of

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**

1  Criminal Procedure 5.1, because the ends of justice served by taking such action
2  outweighed the best interest of the public and the defendant in a speedy trial.  That
3  finding was based on the complexity of the case, the defendant's request for additional
4  time to review an extensive amount of discovery material provided by the government, as
5  well as time to insure the effective preparation of her counsel.  Counsel for the defendant
6  indicated a need for additional time to adequately prepare the matter, taking into account
7  the exercise of due diligence.  That finding was made pursuant to 18 U.S.C. §§
8  3161(h)(8)(A) and (B)(ii).
9       The parties hereby agree to and request that the case be continued until March 29,
10 2006 at 2:00 p.m. and that an exclusion of time until that date be granted.  The parties
11 agree and stipulate that the additional time is appropriate and necessary under Title 18,
12 United States Code, Sections 3161(h)(8)(A) and (B)(ii), because the ends of justice
13 served by this continuance outweigh the best interest of the public and the defendant in a
14 speedy trial.

16 DATED: 12/6/05                    /S/
                                   ROBERT WAGGENER, ESQ.,
17                                 Counsel for DEFENDANT
                                   PARIS RAGLAND

20 DATED: 12/6/05                    /S/
                                   RICHARD J. CUTLER
21                                 Assistant United States Attorney

23 SO ORDERED.

                                   *IT IS SO ORDERED*
                                   *Judge William Alsup*

25 DATED:   December 8, 2005
                                   WILLIAM H. ALSUP
26                                 UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                2