1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone: (415) 431-4500
   Fax:   (415) 255-8631
4

5  Attorney for Defendant PARIS RAGLAND            E-Filing

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          No. CR05 00167 WHA

12           Plaintiff,              **STIPULATION AND [PROPOSED]
                                     ORDER CONTINUING SENTENCING
13      v.                           HEARING**

14 PARIS RAGLAND,

15           Defendant.

16 _____/

17     **IT IS HEREBY STIPULATED** by the parties that the sentencing hearing for defendant

18 PARIS RAGLAND, currently scheduled for March 7, 2007, at 8:00 a.m. be continued to March

19 28, 2007, at 8:00 a.m.

20

21 Dated:    March 1, 2007
                                     _____
22                                   ROBERT WAGGENER
                                     Attorney for Defendant
                                     PARIS RAGLAND
23
                                     _____
24 Dated:   3/2      , 2007
                                     PHILIP J. KEARNEY
25                                   RICHARD CUTLER
                                     Assistant United States Attorneys
26
       **IT IS SO ORDERED.**
27 Dated:   3-6-07
                                     _____
28                                   WILLIAM H. ALSUP
                                     United States District Court Judge

STIPULATION/ORDER TO CONTINUE SENTENCING

C:\Data\FD\Stipulations\Sentencing\S&OTC Sentencing.pr.wpd